# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2882

_____

James Allen Ferguson,     *
                          *

         Appellant,     *

                          *    Appeal from the United States

      v.                    *    District Court for the

                          *    District of Minnesota

United States of America,     *

                          *       [UNPUBLISHED]

         Appellee.      *

_____

Submitted:    March 30, 1999

Filed:   May 17, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

      In 1993, James Ferguson pleaded guilty in the United States District Court for the Western District of Wisconsin to drug, firearm, and failure-to-appear offenses, and he was sentenced to a total of 123 months imprisonment. Ferguson did not appeal his conviction sor sentence, but sought relief under 28 U.S.C. § 2255 without success See Ferguso n v. United States, Nos. 95-2666, 95-2667, 81 F.3d 163 (table) 1996 WL 141009 (7th Cir. Mar. 27, 1996) (unpublished order). After the Seventh Circuit denied Ferguson' s application for leave to file a successive § 2255 motion, he filed an

application for habeas relief under 28 U.S.C. § 2241 in the District Court[1] for the District of Minnesota, and the petition was denied. Ferguson appeals, arguing, in substance, that the district court erred because the Antiterrorism and Effective Death Penalty Act rendered inadequate or ineffective his ability to seek relief in a successive § 2255 motion.

Having carefully reviewed the record and the parties' briefs, we conclude that the district court correctly dismissed Ferguson's petition for the reasons stated in the magistrate judge's report. Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Michael James Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.